ANNA INEMER, Respondent, v. MOLLY PATLIS, Appellant.— Judgment and order reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the defect complained of was not shown to have existed prior to the accident and that to establish a cause of action it was

incumbent upon plaintiff to prove notice, either actual or constructive. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.